# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

PATEL HARSHADKUMAR BALDEVBHAI,

            Petitioner,

v.

NATHALIE ASHER,

           Respondent.

Case No. C12-375-RAJ-JPD

ORDER OF DISMISSAL

The court has reviewed petitioner's petition for writ of habeas corpus, respondent's motion to dismiss, the Report and Recommendation (Dkt. # 18) of the Honorable James P. Donohue, United States Magistrate Judge, and the remaining record. The court notes that no one objected to the Report and Recommendation.

The court orders as follows:

(1) The Court adopts the Report and Recommendation.

(2) The court DENIES the petition for writ of habeas corpus, GRANTS respondent's motion to dismiss, and directs the clerk to dismiss this action with prejudice.

(3) The court directs the clerk to enter judgment for respondent.

DATED this 1st day of August, 2012.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Court Judge

ORDER OF DISMISSAL - 1